**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Woodbridge Group of Companies, LLC | Case No. 17-12560 (JKS) |
| Debtors. | (Jointly Administered) |

## ORDER

    **IT IS ORDERED** that a Status Conference will be held on **May 19, 2021** at **9:00 AM** in the United States Bankruptcy Court for the District of Delaware regarding all pending adversary cases.  All parties are required to attend. **This hearing will be held virtually.** All parties wishing to appear must do so by registering at the following link:

https://debuscourts.zoomgov.com/meeting/register/vJItcuygqjsrHRSBN1BkTj6SoFO5T0hetgg

    **IT IS FURTHER ORDERED** that an Omnibus Status Report, addressing each pending adversary proceeding shall be filed no later than **May 5, 2021 at 4:00 PM**.

    **SO ORDERED**.

-

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: April 13th, 2021**
**Wilmington, Delaware**